```
             UNITED STATES DISTRICT COURT
                DISTRICT OF MINNESOTA
                Civil No. 08-5294 PAM/SRN
```

Shahid Jamal,                       )
                                    )
        Plaintiff,              )   **ORDER TO DISMISS**
                                    )   **WITHOUT PREJUDICE**
        v.                      )
                                    )
Janet Napolitano, et al.            )
                                    )
        Defendants.             )

This case came before the Court on the Stipulation to Dismiss without prejudice, which stipulation is incorporated herein by reference, this action is hereby dismissed without prejudice, each party to bear its own attorney's fees, costs, and disbursements herein.

Dated: April 20, 2009

                                            s/Paul A. Magnuson
                                            Paul A. Magnuson
                                            Senior District Judge
                                            United States District Court